IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: WILSON JESSEPH CENTENO NIEVES

Bkrtcy. No. 11-02602-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Mar 30, 2011
Meeting Date: May 25, 2011
DC Track No. 21

Days from petition date: 56
Meeting Time: 2:00 PM

910 Days before Petition: 10/1/2008
☐ Chapter 13 Plan Date: Mar 30, 2011 Dkt.#2  ☐ Amended.

This is debtor(s) _____ Bankruptcy petition.
Plan Base: $10,800.00

This is the _____ Scheduled Meeting
Confirmation Hearing Date: May 25, 2011    Time: 2:00 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No.  Date  Amount
Total Paid In: $180.00

**I. Appearances:** ☐ Telephone ☐ Video Conference    ☐ Creditor(s) present:  ☑ None.
☑ Debtor Present    ☐ ID & Soc. OK    ☐ Debtor Absent
☐ Joint Debtor Present    ☐ ID & Soc. OK    ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined    ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present    ☐ Not Present
☐ Substitute attorney:    ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**  Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $3,000.00    Paid Pre-Petition: $650.00    Outstanding: $2,350.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear;   ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.    Liquidation Value: _____
Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: _____

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☑ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: June 2, 2011 at 10:00 am.

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
Need evidence of income to conduct §341 meeting.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: May 25, 2011