IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: **WILSON JESSEPH CENTENO NIEVES**

Bkrtcy. No. 11-02602-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Mar 30, 2011
Meeting Date: Jun 02, 2011
DC Track No. 11

Days from petition date: 64
Meeting Time: 10:00 AM

910 Days before Petition: 10/1/2008
☐ Chapter 13 Plan Date: Mar 30, 2011 Dkt.# 2 ☐ Amended.

This is debtor(s) — Bankruptcy petition.
Plan Base: $10,800.00

This is the — Scheduled Meeting
Confirmation Hearing Date: Aug 17, 2011 Time: 2:00 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No.   Date   Amount
Total Paid In: $180.00

### I. Appearances:   ☐ Telephone  ☐ Video Conference   ☐ Creditor(s) present:  ☒ None.

☒ Debtor Present       ☐ ID & Soc. OK       ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK       ☐ Joint Debtor Absent
   Debtor(s) was/were  ☐ Examined  ☒ Not Examined under oath.
   Attorney for Debtor(s) ☒ Present  ☐ Not Present
☐ Substitute attorney:                                           ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement    Attorney of record: **JUAN O CALDERON LITHGOW***
Total Agreed: $3,000.00    Paid Pre-Petition: $650.00    Outstanding: $2,350.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:  ☐ For Failure to appear;  ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting

Debtor(s) Income is (are)   ☐ Under   ☐ Above Median Income.    Liquidation Value: TBD
Commitment Period is   ☐ 36   ☐ 60 months.   [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD

The Trustee   ☐ RECOMMENDS   ☐ OBJECTS   Plan confirmation.

§341 Meeting   ☒ CONTINUED  ☐ NOT HELD  ☐ CLOSED  ☐ HELD OPEN FOR ___ DAYS

§341 Meeting Rescheduled for: June 23, 2011 at 2:00 pm

### V. Trustee's OBJECTIONS to Confirmation:

☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

Debtor's counsel is not present. The Debtor does not know why his counsel is not present.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Jun 02, 2011