**IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO**

| IN RE: | WILSON JESSEPH CENTENO NIEVES | Bkrtcy. No. 11-02602-ESL |
|---|---|---|
| | | Chapter 13 |

### STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Petition Filing Date: | Mar 30, 2011 | Meeting Date: | Jun 23, 2011 | DC Track No. | 22 |
|---|---|---|---|---|---|
| Days from petition date | 85 | Meeting Time | 2:00 PM | | |
| 910 Days before Petition | 10/1/2008 | ☐ Chapter 13 Plan Date | Mar 30, 2011 Dkt.# 2 | ☐ Amended. | |
| This is debtor(s) ___ Bankruptcy petition. | | Plan Base: | $10,800.00 | | |
| This is the ___ Scheduled Meeting | | Confirmation Hearing Date: | Aug 17, 2011 | Time: | 2:00 PM |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount | Total Paid In: $540.00

**I. Appearances:**
- ☑ Debtor Present
- ☐ Joint Debtor Present
- Debtor(s) was/were ☐ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☐ Present ☐ Not Present
- ☐ Substitute attorney: ___
- ☐ Telephone ☐ Video Conference
- ☐ ID & Soc. OK ☐ Debtor Absent
- ☐ ID & Soc. OK ☐ Joint Debtor Absent
- ☐ Pro-se.

☐ Creditor(s) present: ☐ None.

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: JUAN O CALDERON LITHGOW* ✗
Total Agreed: $3,000.00 Paid Pre-Petition: $650.00 Outstanding: $2,350.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income. Liquidation Value: ___
Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: ___

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☑ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: July 28, 2011 at 8:00 am.

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308] ___
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
Debtor's circumstances have changed. Must submit new evidence of income and amend Schedule I to take into consideration such change in circumstances.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Jun 23, 2011