# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE:  WILSON JOSEPH CENTENO NIEVES

Bkrtcy. No.  11-02602-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES
## AND REPORT ON CONFIRMATION

| | | | | |
|---|---|---|---|---|
| Petition Filing Date: | **Mar 30, 2011** | Meeting Date | **Jul 28, 2011** | DC Track No. _2_ |
| Days from petition date | **120** | Meeting Time | **8:00 AM** | |
| 910 Days before Petition | **10/1/2008** | ☐ Chapter 13 Plan Date | **Mar 30, 2011  Dkt.# 2** | ☐ Amended. |
| This is debtor(s) _1st_ Bankruptcy petition. | | Plan Base: | **$10,800.00** | |
| This is the _3rd_ Scheduled Meeting | | Confirmation Hearing Date: | **Aug 17, 2011** | Time: **2:00 PM** |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: | $720.00 |
|---|---|---|---|---|

**I.  Appearances:**  ☐ Telephone  ☐ Video Conference      ☐ Creditor(s) present:  ☑ None.

☑ Debtor Present  ☑ ID & Soc. OK  ☐ Debtor Absent

☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent

Debtor(s) was/were  ☑ Examined  ☐ Not Examined under oath.

Attorney for Debtor(s)  ☑ Present  ☐ Not Present

☐ Substitute attorney:  ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**    Attorney of record:    **JUAN O CALDERON LITHGOW***

Total Agreed: **$3,000.00**    Paid Pre-Petition: **$650.00**    Outstanding: **$2,350.00** THROUGH THE PLAN

**III.  Trustee's will file Motion to Dismiss:**  ☐ For Failure to appear;  ☐ For Failure to commence payments.

**IV.  Trustee's Report on Confirmation & Status of §341 Meeting**

Debtor(s) Income is (are)  ☐ Under  ☑ Above Median Income.    Liquidation Value:  ∅

Commitment Period is  ☐ 36  ☑ 60 months.  [§1325(b)(1)(B)]  Gen. Unsecured Pool: _____

_100%_  The Trustee  ☐ RECOMMENDS  ☑ OBJECTS  Plan confirmation.

§341 Meeting  ☐ CONTINUED  ☐ NOT HELD  ☐ CLOSED  ☑ HELD OPEN FOR _15_ DAYS

§341 Meeting Rescheduled for: _____

**V.  Trustee's OBJECTIONS to Confirmation:**

☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)

☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☑ Tax returns requirements. [§1308] _2007-2010  1040pr & State Tax Ret._

☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

Schedule I will be amended to correct income $600.00 /mo and he no longer works at Galleria Camerock he now does odd jobs.

Debtor must submit evidence of having made DSO payment for the month of August (conf. purposes)

Schedule J will be amended.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of _1_    Date:  Jul 28, 2011

* Evidence of income (seen at 341) must be uploaded.