# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: WILSON JESEPH CENTENO NIEVES
Case Number: 11-02602-ESL13
Date / Time / Room: 8/17/2011 2:00 PM eslcrt2    Chapter: 13
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: MILLY GRACIA
Reporter / ECR: JOSE ROMO

## Matter:

DK 2 CONFIRMATION HEARING PLAN DATED 3/30/2011
DK 22 TRUSTEE'S MOTION TO DISMISS FILED 8/16/2011

## Appearances:

JOSE RAMON CARRION MORALES
JUAN O CALDERON LITHGOW

*M. Arguelles*
*I. Toro*

Trustee:
- no evid. of DSO payments and filing tax returns -
- Current to trustee

## Proceedings:

ORDER:

X (Amended) dated 3-30-11 [Docket no. 2] ___CONFIRMED  X NOT CONFIRMED  X LBR 3015.

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____
- failure to appear
- failure to file tax return.

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.
- failure to present to Ch. 13 trustee evidence of income

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.
- arrears current month of

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.
DSO,

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.

___Hearing on Confirmation/Contested Matter is continued to: _____

___Attorney's Fees:$3,000.00; Other:___ ✓

TMTD (#22)
filed 8.16.2011

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge