IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| | CASE NO. 11-02602 ESL |
| WILSON JESEPH CENTENO NIEVES | Chapter 13 |
| | |
| XXX-XX-5589 | |
| | **FILED & ENTERED ON 09/23/2011** |
| Debtor(s) | |

## ORDER GRANTING WITHDRAWAL OF MOTION

Jose Ramon Carrion, Chapter 13 Trustee's motion withdrawing (docket entry #29):

    [x] the motion to dismiss (RE: Doc #22)
    [ ] the objection to confirmation
    [ ] the objection to claim #   filed by
    [ ] the motion to lift stay
    [ ] the legal representation of

is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 23rd day of September, 2011.

                                                  Enrique S. Lamoutte Inclan
                                                  U. S. Bankruptcy Judge

CC: DEBTOR(S)
     JUAN O CALDERON LITHGOW
     JOSE RAMON CARRION MORALES